1 | MICHAEL A. PAINTER, Bar #43600
painter@ikplaw.com
2 | ISAACMAN, KAUFMAN & PAINTER
10250 Constellation Boulevard, Suite 2900
3 | Los Angeles, California 90067
(310) 881-6800 - Telephone
4 | (310) 881-6801 - Facsimile

5 |
Attorneys for Plaintiff,
6 | MURAD, INC.

7 |

8 |

9 |

UNITED STATES DISTRICT COURT

10 |

CENTRAL DISTRICT OF CALIFORNIA

11 |

12 |

MURAD, INC., a California
13 | corporation,

CASE NO.

14 |
                    Plaintiff ,

15 |
        v s .

COMPLAINT FOR TRADEMARK
INFRINGEMENT, UNFAIR
COMPETITION AND FALSE
DESIGNATION OF ORIGIN AND
BREACH OF SETTLEMENT
AGREEMENT

16 |

VALEANT PHARMACEUTICALS
17 | NORTH AMERICA LLC, a Delaware
limited liability company; and I - X,
18 | Inclusive,

JURY TRIAL DEMANDED

19 |
                    Defendants.

20 |

21 |

22 |

23 |

24 |

25 |

        **COME NOW THE PLAINTIFF**, MURAD, INC., and for causes of action
26 |
against the defendants, complains and alleges as follows:
27 |

28 |

MAP-MURAD-1940

**JURISDICTION**

1.     This is a civil action which arises under Sections 32(1) [15 U.S.C. §1114(1)] and 43(a) [15 U.S.C. §1125(a)] of the United States Trademark Act. Jurisdiction is based upon 15 U.S.C. Section 112, 28 U.S.C. §1332(a) and 28 U.S.C. Section 1338(a).

**THE PARTIES**

2.     Plaintiff, MURAD, INC., is a California corporation having its principal place of business in El Segundo, California (hereinafter referred to as "Murad").

3.     Plaintiff is informed and believes and, based on such information and belief, alleges that defendant, VALEANT PHARMACEUTICALS NORTH AMERICA, LLC, is a Delaware limited liability company having its principal place of business in Bridgewater, New Jersey and does business throughout the United States in general and in the Central District of California in particular. (hereinafter referred to as "Valeant").

4.     The true names or capacities, whether individual, corporate, associate, representative, or otherwise, of the defendants named herein as DOES I - X, inclusive, are unknown to plaintiff who therefore, pursuant to Local Rule 19-1 of this Court, sues said defendants by such fictitious names and plaintiff will amend this Complaint to show their true names and capacities when the same have been ascertained.

**FACTS COMMON TO ALL COUNTS**

5.     Plaintiff hereby repeats and realleges Paragraphs 1 - 4, inclusive, as though set forth in full herein again.

6.     In 1997, and long prior to any of the acts of the defendants complained of in this Complaint, Murad adopted the mark PERFECTING SERUM as a

MAP-MURAD-1940

1    trademark to designate skin moisturizer, said mark being extensively used, adver-

2    tised and promoted throughout the United States in general and in the State of

3    California in particular.

4         7.      Murad applied for and registered its PERFECTING SERUM trade-

5    mark on the Principal Register in the United States Patent and Trademark Office, a

6    copy of Certificate of Trademark Registration No. 3,798,129 being attached hereto

7    as Exhibit 1. Based upon the rights accorded registration of the trademark and the

8    trademark's long and continuous use by Murad to designate skin care products,

9    Murad owns the exclusive right to manufacture and sell skin care products desig-

10    nated by the PERFECTING SERUM trademark and to advertise and promote the

11    sale of skin moisturizer through the use of the PERFECTING SERUM trademark.

12         8.      Since long prior to the acts of defendants complained of in this

13    Complaint, Murad has extensively marketed, sold, advertised and promoted its skin

14    moisturizer under the trademark PERFECTING SERUM. Murad has gained a

15    substantial reputation in connection with skin moisturizers marketed and sold

16    under the PERFECTING SERUM trademark. By reason of the marketing and sale

17    of products under the above trademark, the trade and public, prior to said acts of

18    defendants complained of in this Complaint, have come to recognize the trademark

19    PERFECTING SERUM, when used in connection with skin moisturizer as

20    identifying such products as being exclusively supplied by, authorized or affiliated

21    with Murad.

22         9.      Long after Murad's first use of the PERFECTING SERUM trademark

23    in commerce, defendants, and each of them, first commenced use of the trademark

24    SKIN TONE PERFECTING SERUM XK to manufacture, identify, distribute,

25    advertise and/or promote the sale of skin care products in the United States.

26    Defendants, and each of them, have used the trademark SKIN TONE PERFECT-

27    ING SERUM XK despite the fact the identified trademark wrongfully appropriates

28

1  Murad's registered PERFECTING SERUM  trademark and is confusingly similar

2  thereto.

3        10.    Defendants' act of manufacturing, distributing, advertising, marketing

4  and promoting the sale of skin care products through the use of the trademark

5  SKIN TONE PERFECTING SERUM XK is directed to the same segment of the

6  purchasing public to which Murad directs its products.

7  **FIRST COUNT FOR BREACH OF SETTLEMENT AGREEMENT**

8        11.    Plaintiff hereby repeats and realleges Paragraphs 1 - 10, inclusive, as

9  though set forth in full herein again.

10        12.    On or about October 11, 2011, Murad forwarded written notice to

11  Valeant contending that its use of the trademark SKIN TONE PERFECTING

12  SERUM XK to identify skin care products was likely to cause confusion or

13  mistake or to deceive purchasers of its products as to the source of origin of

14  Valeant's products and to cause Valeant's products to be passed off or viewed

15  which are provided or authorized by Murad.

16        13.    On or about December 13, 2011, Murad and Valeant entered into a

17  written Settlement Agreement regarding the allegation of infringement whereby

18  Valeant agreed that it would cease all use of the trademark SKIN TONE PER-

19  FECTING SERUM XK and would use in lieu thereof PERFECTING SKIN TONE

20  SERUM XK on product packaging and labels and all advertising and promotion of

21  the sale of Valeant's skin care products.  Murad and Valeant further agreed that

22  Valeant had a period of six months from the date of execution of the Settlement

23  Agreement to cease further use of the trademark SKIN TONE PERFECTING

24  SERUM XK and to dispose of its inventory thereof.

25        14.    In consideration of the representations of Valeant as set forth in

26  Paragraph 13 hereof, Murad released Valeant from any and all obligations,

27  liabilities, claims and causes of action existent to the date of the Settlement

28  Agreement.

MAP-MURAD-1940

1    15.    Valeant repudiated and breached the Settlement Agreement by

2    continuing to advertise and promote and use on product labels the trademark SKIN

3    TONE PERFECTING SERUM XK, current excerpts from the websites of retailers

4    selling Valeant's products being collectively attached hereto as Exhibit 2.

5    16.    As a consequence of Valeant's breach of the Settlement Agreement

6    dated December 13, 2011, plaintiff has suffered damage in an amount according to

7    proof, but in no case less than $75,000.

8    **SECOND COUNT FOR TRADEMARK INFRINGEMENT**

9    17.    Plaintiff hereby repeats and realleges Paragraphs 1 - 16, inclusive, as

10    though set forth in full herein again.

11    18.    Defendants' continued use of the trademark SKIN TONE PERFECT-

12    ING SERUM XK as alleged above to distribute, identify, advertise and/or promote

13    the sale of skin care products is likely to cause confusion or mistake or to deceive

14    the purchasers of its products as to the source of origin of defendants' products and

15    to cause defendants' products to be passed off or viewed as those which are

16    provided or authorized by Murad.

17    19.    That unless restrained by this Court, defendants, and each of them,

18    will continue to use the trademark SKIN TONE PERFECTING SERUM XK to

19    manufacture, identify, distribute, advertise and/or promote the sale of skin care

20    products and, as a result thereof, the public generally will be misled and deceived

21    into believing that the products of defendants, and each of them, are those of, or are

22    affiliated with Murad, to the irreparable damage and injury of the business of

23    Murad.

24    20.    This is an exceptional case within the meaning of §35 of the United

25    States Trademark Act, 15 U.S.C. §1117, entitling Murad to recover reasonable

26    attorneys' fees

27    21.    The aforesaid actions of defendants, and each of them, have irrepar-

28    ably damaged Murad and will, unless restrained, continue to so damage the

MAP-MURAD-1940                                    –5–

1  business of Murad and its good will, for all of which there is no adequate remedy

2  at law.

### THIRD COUNT FOR FEDERAL UNFAIR COMPETITION

### AND FALSE DESIGNATION OF ORIGIN

5       22.    Plaintiffs hereby repeat and reallege Paragraphs 1 - 4, Paragraphs 11 -

6  16, inclusive, of the First Count, and Paragraphs 17 - 21, inclusive, of the Second

7  Count as though set forth in full herein again inclusive, of the First Count as

8  though set forth in full herein again.

9       23.    Defendants' above-alleged actions constitute the use in connection

10  with goods of false or misleading descriptions and representations with respect to

11  the origin, sponsorship or approval of its products and the publicity therefor by

12  suggesting that such goods and the advertising thereof are connected with or

13  associated, sponsored or affiliated with Murad, or that the same truly originated

14  with Murad.  Defendants, and each of them, have caused its skin moisturizer, and

15  the distributing, designating, advertising and/or promotion thereof, to enter United

16  States commerce.  The misappropriation and use of Murad's PERFECTING

17  SERUM trademark by defendants, and each of them, as well as defendant's other

18  actions described above constitute false and misleading descriptions of fact and

19  representations of fact that are likely to give the public a false impression and to

20  confuse the public as to the source of defendants' goods.

21       24.    Murad is informed and believes and, based on such information and

22  belief, alleges that defendants, and each of them, adopted and used the trademark

23  SKIN TONE PERFECTING SERUM XK with actual knowledge of Murad's long

24  prior use of the PERFECTING SERUM trademark and with the intent to trade on

25  the reputation and good will of that mark.

26

27

28

MAP-MURAD-1940

25.    This is an exceptional case within the meaning of §35 of the United States Trademark Act, 15 U.S.C. §1117, entitling Murad to recover reasonable attorneys' fees.

26.    The aforesaid actions of defendants, and each of them, have irreparably damaged Murad and will, unless restrained, continue to so damage the business of Murad and its good will, for all of which there is no adequate remedy at law.

**WHEREFORE**, plaintiff seeks judgment against defendants, and each of them, as follows:

1.    That defendants, and each of them, and their officers, agents, servants, employees, attorneys, confederates, related companies, and all persons acting in concert or participation with it, be enjoined and restrained during the pendency of this action, and permanently thereafter:

(a)    from using in any manner as a trademark or trade name the mark SKIN TONE PERFECTING SERUM XK, or any colorable imitation thereof, alone or in combination with any other word or words or design, in connection with identifying, distributing, advertising, promoting and/or offering for sale or the sale of skin care products not produced by plaintiff, or not authorized by plaintiff to be sold in connection with said mark;

(b)    from passing off, inducing or enabling others to sell or pass off skin moisturizer which is not plaintiff's or not offered under the control and supervision of plaintiff and approved by plaintiff, through the use of the mark SKIN TONE PERFECTING SERUM XK, or colorable imitations thereof;

(c)    from committing any acts calculated to cause purchasers to believe that defendants' skin moisturizer are sponsored by or approved or connected with or guaranteed by or offered and sold under the control and supervision of plaintiff; and

(d)    from otherwise competing unfairly with plaintiff in any manner.

2.  That defendants, and each of them, be required to deliver up to plaintiff or destroy any and all price lists, labels, signs, prints, packages, wrappers, receptacles, advertising matter, promotional and other material in the possession of defendant, or under its control bearing the mark SKIN TONE PERFECTING SERUM XK alone, or in combination with any other word or words or design used in connection with the distributing, designating, advertising, promotion or sale of skin moisturizer not produced by plaintiff or not made under the supervision and control of plaintiff.

3.  That defendants, and each of them, account for and pay over to plaintiff all damages sustained by plaintiff and all profits realized by defendants by reason of defendants' unlawful acts and that the amount of damages for infringe-ment of plaintiff's trademark be increased by a sum not exceeding three times the amount thereof as provided by Section 35 of the United States Trademark Act, 15 U.S.C. §1117.

4.  That plaintiff be awarded its costs of suit, including reasonable attorneys' fees and have such other and further relief as to the Court may deem equitable, including but not limited to, any relief set forth under Section 34-39 of the United States Trademark Act.

**PLAINTIFF DEMANDS A JURY TRIAL OF THIS ACTION.**

Respectfully submitted,

ISAACMAN, KAUFMAN & PAINTER

By: _____
Michael A. Painter
Attorneys for Plaintiff
MURAD, INC.

Dated: February 20, 2015

MAP-MURAD-1940

# EXHIBIT 1

# United States of America
## United States Patent and Trademark Office

## PERFECTING SERUM

**Reg. No. 3,798,129**
MURAD, INC. (CALIFORNIA CORPORATION)
2121 ROSECRANS AVENUE, FIFTH FLOOR
**Registered June 8, 2010** EL SEGUNDO, CA 90245

**Int. Cl.: 3**
FOR: SKIN MOISTURIZER, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 1-0-1997; IN COMMERCE 1-0-1997.

**TRADEMARK**

**PRINCIPAL REGISTER**
THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,148,418 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SERUM", APART FROM THE
MARK AS SHOWN.

SER. NO. 77-556,539, FILED 8-27-2008.

REBECCA GILBERT, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

# EXHIBIT 2

  **Walgreens** (/)                    (/store/checkout/cart.jsp)



## Dr. Lewinn by Kinerase Skin Tone Perfecting Serum XK
1.0 fl oz

# $27.49

## ˅ **Online**

Ships for FREE Details

See when this item arrives

Qty:   1


Add to cart

## ˅ **In stores**

**Find at a store**

**Add to shopping list**

Online and store prices
may vary

## Description ^

This serum is a pure, high potency hyaluronic-acid based treatment that targets
dark spots and unwanted pigmentation to even skin tone. This silky, elegant
formula blends kinetin with a concentrated complex of safe, hydroquinone
alternatives Sepivinol, a red wine extract, Sepiwhite & SymWhite to provide a triple
level attack on melanin - removing melanin from skin's surface, blocking irregular
melanin production and shielding from skin-dulling free radicals.

- More even skin tone starting in 7 days
- For all skin types, even sensitive
- Paraben free

Noticeable results:

All ▾    🔍    Hello. Sign In
My Account ▾    🛒

NEW Neutrogena Hydro Boost    Instantly quenches skin  ©Neutrogena Corp. 2015.    Shop Now ▶

Beauty  ›  Skin Care  ›  Facial Treatments

## Customers also considered



| | | | | |
|---|---|---|---|---|
| Rollback | | | | |
| $8⁹⁷ | $24⁹⁷ | $15⁹⁷ | $25²⁸ | $17⁹⁷ |
| Was $9.97 | | | List price $32.97 | |
| You save $1.00 | | | You save $7.69 | |
| Dr. LeWinn By Kinerase Hy... | Kinerase Wrinkle Repair D... | Dr. Lewinn by Kinerase In... | Olay Professional Pro-X A... | Neutrogena Rapid Toi Rep... |
| (9) | (2) | (2) | (441) | (42) |

## Dr. LeWinn By Kinerase Skin Tone Perfecting Serum XK, 1 oz

🔲 🐦 ⓟ

12 reviews    Q&A    By: Dr. Lewinn b...    Walmart #: 552242085

$29⁹⁷  $29.97 / fl oz



⊕

FREE shipping available on $50 + orders ❓

Quantity:  1 ▾            Add to cart

Add to registry            Add to list

Sold by **Walmart.com**

🚚 Shipping          🏠 FREE pickup
See delivery options ▾        Not available ▾

## Check out these related products

- **FSA store »**
- **GNC store »**
- **green & natural »**
- **the sale »**



home > beauty > skin care > anti-aging skin care > serums



⊕
view larger image
see more from Kinerase

# Dr. Lewinn by Kinerase Tone Perfecting Serum XK 1 fl oz (30 ml)

Like 7   8+1  0   [icons]

(3)
read reviews | write a review
our price: $26.99
in stock
quantity: 1



Save to your list™ »

· product details  · ingredients  · reviews  · directions

**New**

- More even skin tone starting in 7 days
- For all skin types, even sensitive
- Daily treatment
- Paraben free
- Visibly extend skin's youth by improving cell health

**What is Kinetin?**

This super anti-oxidant plant complex stimulates cells at the deepest layers of skin's surface to keep them healthier for longer. As a result, skin noticeably acts, looks and feels younger. Plus, kinetin works without exfoliating, so you see results without irritation.

dr lewinn tone perfecting serum

 



### Dr. Lewinn by Kinerase Skin Tone Perfecting Serum XK - 1 fl oz bottle       My Shortlist (0)

**$27** online

10 reviews     ✏ Write a review       Save to Shortlist

« Back to overview

## Reviews

5 star
4 star
3 star          **3.2**
2 star
1 star          10 reviews

✏ Write a review

kristen224 - Full review provided by 🏬 Walgreens

**This actually works!** - Dec 29, 2014

I have noticed at least a 50% decrease in the hyperpigmentation on my neck in just about 6-8 weeks. I have a combination of dark spots from the sun as well as hormonal changes. In about 2 weeks I noticed a small change - and now I really can tell quite a difference. I use it at least once a day - sometimes twice a day. I will be buying this again. Good results - great price.

**Helpful?**   Yes   No

Betsy930 - Full review provided by 🌐 drugstore.com

**Great Results** - Apr 8, 2013

Pros: Easy To Use; Effective

Cons: Pricey

I'm in my 40's and this definitely helped my old acne scars and evened out my skin tone. It took some time but used as recommended with diligent face washing (I love their facewash too) I saw real results. Nothing else I've tried has worked so well - worth the price.

**Helpful?**   Yes   No

Kell - Full review provided by 🏬 Walgreens

**Review: Skin Tone Perfecting Serum XK** - Feb 10, 2014

Has no strong scent & didn't break me out like dermatological skin care lines. A great addition to any protocol; not as pricey but just as good as dermatological skin care lines.

**Helpful?**   Yes   No

ProductFan - Full review provided by 🏬 Walgreens

**Fast results as promised** - Mar 10, 2013

The package promises noticable results in 7 days and this was 100% true. I am a dark complected african american female 33 yrs and have dark spots on my legs from mosquito bites last summer. I have safety concerns about hyrdoquinone and I have been looking for something that did not cost $50+ per bottle because I'm anticipating that I'll have to use a lot of it to fade the spots. I applied twice daily - after my shower in the morning and before bed. I used this product in conjunction with an exfoliating lotion that contains 3% Salicylic acid on the dark spots and have seen a significant improvement in the size (reduced) and shade (lightened) of the spots. i would guess 25% improvement. It's not an inexpensive product but it is effective without the use of hydroquinone

**Sort reviews**

Sort by relevance
Sort by date

**Show reviews by source**

Walgreens (7)
drugstore.com (3)

Dr. Lewinn by Kinerase Skin Tone Perfecting Serum XK - 1 fl oz bottle

and is totally worth ...
expand »

1 out of 1 found this review helpful.

Helpful?   Yes   No

---

Ms.Davis - Full review provided by ⚫ drugstore.com

### Very Disappointed and Let Down - Feb 18, 2013

Pros: VERY EASY TO USE; Easy To Use

Cons: No Results At All; Not Effective

When I first received the email from drugstore.com asking me to review this product I had only been using it for 3 weeks so I decided to wait a couple of more weeks in order to give the product a fair chance at showing me results. I am at 1/8 of the bottle left and I still see no results or none of the claims that were said in the product's description and details.

Helpful?   Yes   No

---

Msfromwv - Full review provided by 🏬 Walgreens

### Jury is still out there - May 12, 2012

Bought this because I wanted to even out skin tone did see some brightening but the spots still there which I wanted to lighten still using it in the hopes of fading those stubborn ones ......average product I would say as there is no dramatic change in my skin in 7 days and it's price is not cheap....still looking for that perfect serum that will give me the glow ,lightening of spots and clear my skin tone all at once. One good thing it didn't break me out...like many other products usually do...

Helpful?   Yes   No

---

TexasMilitaryGirl - Full review provided by 🏬 Walgreens

### Sticky - Dec 18, 2011

It feels good for a while after applying, but the stickyness and shine never goes away, which makes it hard to use under makeup and as oily as my skin is I dont need any help with shine. I will finish the bottle, but will switch to another procuct that absorbs into my skin. I hope the sticky stuff doesnt clog my pores and make me break out.

Helpful?   Yes   No

---

LuvSun21 - Full review provided by 🏬 Walgreens

### Disappointed - Jun 30, 2011

Used this for 2 straight months on my face; suffer from several parts of hyperpigmentation on my face from pregnancy and sun exposure. It "may" have lightened the overall appearance of my complexion, but it did nothing for the individual areas of brown spots. And no, they are not moles or freckles. To be fair, I have tried every OTC and RX out there for these spots and nothing seems to get rid of them, I use 50+ spf on my face daily to protect it from further damage. I really thought this would be my answer....nope. I have over half a bottle left, so I have nothing to lose to finish it up. I don't really care for the "serum" ...I don't have oily or dry skin, just pretty normal...but this stuff is so sticky. I use just 2 drops twcie a day and I have to wait 20 min for it to dry and set in b ...
expand »

Helpful?   Yes   No

---

BeckyB - Full review provided by drugstore.com

### Worthless - Feb 20, 2013

Pros: Easy To Use

Cons: Not Effective

I would have given this product NO stars if that was an option.

Helpful?   Yes   No

---

Anonymous - Full review provided by 🏬 Walgreens

### Review: Skin Tone Perfecting Serum XK - Dec 10, 2011

Dr. Lewinn by Kinerase Skin Tone Perfecting Serum XK - 1 fl oz bottle

Page 3 of 3

I have been using this for 6 months. It did help with hyperpigmentation on my cheeks. No effect on brown spots. Silky smooth, little goes a long way.

**Helpful?**   Yes   No

1 - 10   ‹   ›

**Feedback**

Want to suggest a feature, report a bug, or tell us about incorrect data? Send feedback or Report a Violation

Google is compensated by these merchants. Payment is one of several factors used to rank these results. Tax and shipping costs are estimates.